# United States Court of Appeals

### For the Eighth Circuit

_____

No. 17-2404

_____

Randolph Michael Rabbe; Lisa Ann Rabbe

*Plaintiffs - Appellants*

v.

Wells Fargo Home Mortgage, Inc.; Wells Fargo, NA; Lathrop & Gage; Michael
Jay Abrams; Jehan Kamil Moore

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Western District of Missouri - St. Joseph

_____

Submitted: April 12, 2018
Filed: April 17, 2018
[Unpublished]

_____

Before GRUENDER, MURPHY, and BENTON, Circuit Judges.

_____

PER CURIAM.

In this removed action, Randolph and Lisa Rabbe appeal the district court's[1] dismissal of their civil action asserting claims related to a home mortgage. After careful review, see Plymouth Cty. v. Merscorp, Inc., 774 F.3d 1155, 1158 (8th Cir. 2014) (dismissal for failure to state claim reviewed de novo), we conclude that the Rabbes have failed to present any basis for reversal. See Fed. R. Civ. P. 9(b) (party must state with particularity circumstances constituting fraud); Ashcroft v. Iqbal, 556 U.S. 662, 678-79 (2009) (pleading must contain sufficient facts to state claim that is plausible on its face); Harris v. Interstate Brands Corp., 348 F.3d 761, 762 (8th Cir. 2003) (Seventh Amendment right to jury trial exists only with respect to disputed issues of fact).

Accordingly, we affirm the judgment. See 8th Cir. R. 47B.

_____

[1]The Honorable Stephen R. Bough, United States District Judge for the Western District of Missouri.